Computershare

**Computershare Governance Services, Inc.**
100 Beard Sawmill Road, Shelton, CT 06484

04/08/2024

Casey's General Stores, Inc.
Cheri Sharp
Casey's Retail Company
One S.E. Convenience Blvd.
Ankeny IA 50021

# SERVICE OF PROCESS NOTICE

Item: 2024-607

The following is a courtesy summary of the enclosed document(s).  **ALL information should be verified by you.**

Note: Any questions regarding the substance of the matter described below, including the status or how to respond, should be directed to the contact set forth in line 12 below or to the court or government agency where the matter is being heard.

| | | |
|---|---|---|
| 1. | **Entity Served:** | Casey's General Stores, Inc. |
| 2. | **Title of Action:** | James Kevin Cook vs. Casey's General Stores, Inc. |
| 3. | **Document(s) Served:** | Summons<br>Complaint<br>Affidavit Pursuant to Supreme Court Rule 222(b) |
| 4. | **Court/Agency:** | Williamson County Circuit Court |
| 5. | **State Served:** | Illinois |
| 6. | **Case Number:** | 2024LA33 |
| 7. | **Case Type:** | Negligence/Injuries |
| 8. | **Method of Service:** | Hand Delivered |
| 9. | **Date Received:** | Friday 04/05/2024 |
| 10. | **Date to Client:** | Monday 04/08/2024 |
| 11. | **# Days When Answer Due:**<br>**Answer Due Date:** | 30<br>Sunday 05/05/2024    CAUTION: Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of the service in their records matches the Date Received. |
| 12. | **Sop Sender:**<br>(Name, City, State, and Phone Number) | Sam C. Mitchell<br>West Frankfort, IL<br>(618) 932-2772 |
| 13. | **Shipped To Client By:** | Email Only with PDF Link |
| 14. | **Tracking Number:** | |
| 15. | **Handled By:** | 141 |
| 16. | **Notes:** | |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information. At ComputerShare, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process.  To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective.  It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by United Agent Group Inc.

IN THE CIRCUIT COURT OF WILLIAMSON COUNTY, ILLINOIS

| | | |
|---|---|---|
| JAMES KEVIN COOK, | ) | |
| | ) | 2024LA33 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 24-LA-_____ |
| | ) | |
| CASEY'S GENERAL STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## SUMMONS

To each defendant:   Casey's General Stores, Inc., c/o United Agent Group, Inc., 1320 Tower Road, Schaumburg, Illinois 60173.

You are summoned and require to file an answer in this case, or otherwise file your appearance in the Office of the Clerk of this Court, Williamson County Courthouse, Marion, Illinois, within 30 days after the service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the Officer: **Special Process Server**

This summons must be returned by the officer or other person to whom it was given for service, with indorsement of service and fees, if any, immediately after service. If service cannot be made, summons shall be returned so indorsed.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

This summons may not be served later than 30 days after its date.

April 1

WITNESS _____, 2024

Clerk of the Circuit Court

By:_____
          (Deputy)

SAM C. MITCHELL & ASSOCIATES
Attorneys for Plaintiff
115 East Main Street, P.O. Box 280
West Frankfort, IL 62896
(618) 932-2772

Service and return... .........................$_____

**SHERIFF'S FEES**       Miles _____   ..........................  _____

Total ................... ........................$_____

_____

Sheriff of _____County

I certify that I served this summons on defendants as follows:

(a) – (Individual defendants – personal):

By leaving a copy and a copy of the complaint with each individual defendant personally, as follows:

Name of defendant                              Date of Service

_____        _____

(b) – (Individual defendants – abode):

By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his/her family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

Name of defendant     Person with whom left     Date of Service     Date of Mailing

_____     _____     _____     _____

(c) – (Corporation defendants):

By leaving a copy and a copy of the complaint with the registered agent, officer or agent of each defendant corporation, as follows:

Defendant corporation        Registered agent, officer or agent        Date of Service

_____     _____     _____

(d) – (Other service):

_____, Sheriff of _____County

By _____, Deputy

FILED
Williamson Co. Circuit Court
1st Judicial Circuit
Date: 4/1/2024 12:00 AM
Justin Maze

IN THE CIRCUIT COURT OF WILLIAMSON COUNTY, ILLINOIS

|  |  |  |
|---|---|---|
| JAMES KEVIN COOK, | ) | 2024LA33 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 24-LA-_____ |
| | ) | |
| CASEY'S GENERAL STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

Now comes the Plaintiff, JAMES KEVIN COOK, by Sam C. Mitchell & Associates, his attorneys, and for his Complaint herein against the Defendant, CASEY'S GENERAL STORES, INC., says:

1.    At all times herein mentioned, the Defendant, CASEY'S GENERAL STORES, INC., was operating a business offering various products for retail sale to the general public and was located at 1117 Grand Avenue, Johnston City, Williamson County, Illinois.

2.    At all times herein mentioned, the Defendant, while engaging in the operation of said business, did invite the general public, including the Plaintiff herein, upon said premises.

3.    At all times herein mentioned, it was the duty of the Defendant to use reasonable care to keep the said premises, in a safe condition for invitees of said business.

4.    At all times herein mentioned, the Plaintiff was on the premises of the said Defendant at the place aforesaid as a patron or invitee of the said business.

5.    On April 20, 2022, at approximately 4:00 p.m., while the Plaintiff was upon the said business premises of the Defendant and while the Plaintiff was rightly in a place where he would reasonably be expected to be as a customer, patron, or invitee, Plaintiff's foot came into

contact with a curb that was extended out from the entrance of the storefront upon said premises thereby causing him to fall.

      6.     The Defendant herein did then and there commit one or more of the following careless and negligent acts or omissions to act, either directly or by and through its agents, employees, or servants, said employees, agents or servants acting within the scope of said agency, thereby proximately causing, in whole or in part, the injuries and damages hereinafter stated:

      a.     Placed and/or maintained a concrete curb that was not flush with the storefront when the Defendant knew of in the exercise of reasonable care should have known that someone would likely be injured thereby.

      b.     Placed and/or maintained a concrete curb that created a trip hazard when the Defendant knew of in the exercise of reasonable care should have known that someone would not anticipate its presence and likely trip while walking to enter their store.

      c.     Failed to give invitees, including Plaintiff herein, any warning of said hazards when the Defendant knew of in the exercise of reasonable care should have known that someone would be injured thereby.

      d.     Failed to remove said hazards, when the Defendant knew or in the exercise of reasonable care should have known that someone would likely be injured thereby.

      7.     As a direct and proximate result, in whole or in part, of one or more of the foregoing careless and negligent acts or omissions to act, the Plaintiff herein was temporarily and permanently injured; Plaintiff has been prevented from engaging in his activities of normal life and will in the future be prevented from engaging in his activities of normal life; he has and will in the future suffer great pain and suffering as a result of the said injuries; Plaintiff has experienced and will continue to experience emotional distress as a result of the occurrence; he has and will in the future expend or incur large sums of money in endeavoring to become cured of the said injuries.

WHEREFORE, Plaintiff, JAMES KEVIN COOK, prays judgment against the Defendant, CASEY'S GENERAL STORES, INC., in such sum as may be FAIR and JUST for the damages herein sustained, together with costs of suit.

JAMES KEVIN COOK, Plaintiff

By: _____
SAM C. MITCHELL & ASSOCIATES
Attorneys for Plaintiff

TO THE CIRCUIT CLERK:

1.    Please issue summons herein.

2.    Plaintiff demands a jury of 6 herein.

Sam C. Mitchell & Associates
Attorneys at Law
PO Box 280
West Frankfort, IL 62896
(618) 932-2772 LPB/sk
admin@scmitchell.com

STATE OF ILLINOIS )
                  )    SS.:
COUNTY OF FRANKLIN )

## AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222(b)

1.

The Undersigned Plaintiff, in accordance with Supreme Court Rule 222(b), states that the total amount of damages sought in this case exceeds $50,000.

2.

Under penalties as provided by law pursuant S.H.A. 735 ILCS 5/1-109 of the Code of Civil Procedure, the undersigned certifies that the things contained in the foregoing instrument are true.

SUBSCRIBED and SWORN to before me this
29th day of March , 2024

NOTARY PUBLIC

OFFICIAL SEAL
SUSAN R KERRIGAN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 12/02/2026

APR 0 5 2024